**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed January 29, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-15-00070-CR

### IN RE CRAIG PORTER, Relator

---

**ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
263rd District Court
Harris County, Texas
Trial Court Cause No. 1374093**

---

### MEMORANDUM OPINION

On January 20, 2015, relator Craig Porter filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to set bond pending trial of his charge of murder.

The courts of appeals have no original habeas corpus jurisdiction in criminal matters; their jurisdiction is appellate only. Tex. Gov't Code Ann. § 22.221(d).

*Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.); *Ex Parte Denby*, 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. Tex. Code Crim. Proc. Ann. art. 11.05 (West 2005); *Ex Parte Hawkins*, 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding). This court is without jurisdiction to consider relator's petition for writ of habeas corpus.

Therefore, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).